## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

THE LEADER'S INSTITUTE, LLC, a Texas
Limited Liability Company,

                Plaintiff and Counter-
                Defendant,

      v.

TOGETHER WE RISE CORPORATION, a
California Corporation, and DANIEL
MENDOZA, an Individual,

                Defendants and
                Counterclaimants.

Civil Action No.  3:17-cv-02604-B

## REPLY IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

## <u>ARGUMENT</u>

Plaintiff grossly overreaches in its effort to distance itself from the California District.  It claims it "has no presence in LA, or the state of California as a whole." (Dkt. No. 25, p. 2, hereinafter "Opp'n").  But this is simply not true.  Plaintiff's website states that Los Angeles is Plaintiff's "West Coast team building hub. . .  The most popular activity in this region is the Build-A-Bike ® team building program."  *See id*. and Rumbaugh Decl. ¶ 2, Ex. 1 (depicting https://www.leadersinstitute.com/locations/western-region/los-angeles-california-team-building/



(last visited Feb. 5, 2018) (excerpt above).  Plaintiff also concedes that it "has office space in Los Angeles[.]"  Opp'n, p. 2.

And as for having no presence in California, Plaintiff's website tells a completely different tale.  It explicitly states that Plaintiff has "more activities" in this state "than anywhere else in the world."  Rumbaugh Decl. ¶ 2, Ex. 1.  In fact, Plaintiff has three different offices in the state.  *Id*.

Plaintiff also claims that "no BUILD-A-BIKE events were held in Los Angeles in 2017," but it displays multiple reviews on its website from late 2017 for Los Angeles California Team

Building Events.  *Compare* Opp'n, p. 2 *with* https://www.leadersinstitute.com/locations/western-region/los-angeles-california-team-building/ (last visited Feb. 5, 2018) (excerpt shown below).



Defendant further claims to have "no employees" in Los Angeles, but a person identified under "Our Leadership" on its website is located there.  Exhibit A; *Our Leadership,* The Leader's Institute, LLC,

https://www.leadersinstitute.com/about-us/leadership (last visited Feb. 5, 2018) (excerpt shown below).



Chris McNeany, Instructor

Chris McNeany (Los Angeles) has been teaching and coaching in the corporate world for over eight years. He graduated with a B.A. in English, and he started his career teaching English in Ecuador for several years. He also has a background in acting and improvisation through the Groundlings Theater in Los Angeles and has appeared in a number of commercials and movies. His enthusiasm and energy are contagious and his clients give him rave reviews. His diverse background allows him to connect quickly with his audience, and his humor always leaves the group wanting more.

Such inconsistencies and omissions cast doubt on Plaintiff's representations about the extent of its activities in and around the California District, as well as its claims about the inconvenience of litigating in this District.

Defendants address the other arguments raised in Plaintiff's opposition brief below.[1] Specifically: (a) there is no dispute that the action could have been brought in the California District; (b) the private interest factors favor transfer because the California District is more convenient for non-party witnesses and the parties' cost of attendance would be less; and (c) all public interest factors also favor transfer.

## A.   There Is No Dispute About the Threshold Determination for Transferring Venue.

As a threshold matter, a court considering a motion to transfer determines whether the action could have been brought in the destination venue.  *In re Volkswagen of Am., Inc.*, 545 F.3d 304, 312 (5th Cir. 2008).  Plaintiff does not dispute that the action could have been brought in the Central District of California.  Therefore, this threshold requirement has been satisfied.

## B.   The Private Interest Factors Weigh in Favor of Transfer.

### i.   The Convenience of Non-Party Witnesses.

Plaintiff argues that the motion to transfer should be denied because this District is more convenient for Plaintiff's non-party witnesses. Opp'n, p. 5.  To support this claim, Plaintiff scrapes together five examples of Defendants' allegedly "infringing events in Texas" between the years of 2012 - 2016.  *Id.*  These examples are of little relevance because (1) some of the events took place hundreds of miles away from Dallas, (2) there have been far more events in California, and (3) Plaintiff provides no explanation why the five entities that participated in the Texas events "are important non-party witnesses for TLI."  Opp'n, p. 3.

First, several of the entities identified by Plaintiff are located hundreds of miles away from Dallas.  For example, Plaintiff states that it plans to use The Children's Home of Lubbock in Lubbock, Texas as a witness.  Opp'n, p. 3.  However, Lubbock is located over 300 miles away

---

[1] Defendants maintain any arguments not specifically addressed by Plaintiff in its opposition.

from Dallas.  Exhibit B.  Plaintiff does not provide any evidence or reasoning to support that The Children's Home of Lubbock will find it more convenient to travel to Dallas rather than Los Angeles.

Likewise, other entities identified by Plaintiff, including Upbring Foster and Miliken, are also located hundreds of miles away.  Upring Foster is located in San Antonio, Texas, nearly 300 miles away from Dallas.  Exhibit C.  Miliken has its headquarters in South Carolina, and its office in Austin, Texas is over 200 miles outside of Dallas. Exhibit D.  As with The Children's Home of Lubbock, Plaintiff provides no explanation for why traveling to Dallas would be more convenient than flying to Los Angeles.

Second, the bulk of Defendants' activity has taken place outside of the Northern District of Texas, including hundreds of events in the California District.  Mendoza Decl. ¶¶  9 – 10.  Therefore, to the extent Plaintiff needs witnesses to testify about Defendants' use of the term "build a bike," it will have more such witnesses available in the California District.  Furthermore, Plaintiff claims on its website to conduct a majority of its business in California, while less than 5% of Plaintiff's "Build-A-Bike" events took place in the Northern District of Texas.[2]  Rumbaugh Decl. ¶  2, Ex. 1.  Thus, to the extent that Plaintiff alleges any harm to its reputation, relevant witnesses are more likely to be located where the parties' conduct more of their business using "build a bike," which is in California, not Texas.

---

[2] Plaintiff states that it conducted eleven BUILD-A-BIKE events in this District. Opp'n, p. 2. Plaintiff also stated that it conducted over 300 BUILD-A-BIKE events in 2017.  *Id.* at 1.  Therefore, according to Plaintiff's numbers, it has conducted less than 5% of its BUILD-A-BIKE business in the Northern District of Texas.  Although Plaintiff did not state how many BUILD-A-BIKE events it conducted in the state of California in 2017, its website says that it does more business in California "than anywhere else in the world."  *Supra*, p. 2.

Finally, Plaintiff provides no explanation why the Texas-based non-party witnesses that it references are "important" to its case.  Plaintiff claims that it has "dozens of customers located in this District" who will be "critical" to its case, but it fails to identify even one of those customers.  Opp'n, p. 3.   In stark contrast, the vast majority of Defendants' community partners and foster agencies that partner with Defendants are located in the California District.  *See* Mendoza Decl. ¶¶ 9-11.  Accordingly, the California District is likely to be more convenient for most non-party witnesses.

### ii.  Cost of Attendance.

Plaintiff claims that the cost of attendance is a neutral factor because both parties have asserted that their respective venues would be more convenient.  Opp'n, p. 7.   However, this ignores that both parties have offices in the California District.  Although Plaintiff claims that it uses its LA office infrequently, the fact remains that it has one.

By contrast, TWR has no office in the Northern District of Texas or anywhere nearby; its only office is in LA.  Thus, litigating in this District would be undoubtedly more costly overall, as only one party would have the use of an office here.

Further, TWR is a non-profit organization that relies heavily on donations and grants and "cannot afford to pay for the expense of the airfare required to travel to and from Dallas, Texas for hearings, depositions, or trial."  Mendoza Decl. ¶ 16.  This factor thus favors transfer.

### C.  The Public Interest Factors Weigh in Favor of Transfer.

### i.  Administrative Difficulties of Court Congestion.

Plaintiff argues that the factor considering administrative difficulties of court congestion is neutral, because the federal court management statistics only account for the median time from filing a civil action to trial without considering how many of those cases are trademark actions.

Opp'n, pp. 7-8.  Plaintiff alleges that the statistics for trademark cases may be different from civil cases generally "because of the special rules and procedures trademark cases have."  *Id*. at 8.  To the best of Defendants' knowledge, however, there are no special rules or procedures for trademark cases that would affect court congestion, and Plaintiff does not describe any.  *Id.* at 7-8.  Moreover, in the parties' joint status report (Dkt. No. 24), the parties agreed that the trial should not last longer than 3-5 days, and neither party identified any special rules or procedures applicable to this action.

The statistics available from the Administrative Office of the U.S. Courts favor transfer. The caseload per judge in this District is 1,235 pending cases per judgeship, whereas the Central District of California only has 452 pending cases per judgeship.  Rumbaugh Decl., ¶¶ 6-7, Exs. 4-5.  Likewise, 45.6% of civil cases were filed over three years ago in this District, whereas only 5.4% of cases are over three years old in the Central District of California.  *Id.*  Plaintiff does not assert any reason, nor are Defendants aware of any, that this case would be different from the median civil cases filed in these jurisdictions on the basis of being a trademark case.  Therefore, this factor weighs in favor of transfer.

### ii.   The Central District of California Has a Real Interest in Resolving This Controversy.

Plaintiff alleges that the California District does not have a greater interest in resolving this controversy because, *inter alia*, "Defendants incorrectly state that Plaintiff has 'a strong presence' in California."  Opp'n, p. 8.  As already addressed above, Plaintiff indeed appears to have a considerable presence in California, based on Plaintiff's own statements to the consuming public. Plaintiff's website holds itself out as an entity with strong ties to California, including the Central District of California (*e.g.*, Los Angeles is Plaintiff's  "West Coast team building hub"). Rumbaugh Decl. ¶ 2, Ex. 1.  Coupled with Defendants' significant activities in the Central District of California, that district indeed would have a strong interest in resolving this dispute.

## <u>CONCLUSION</u>

For the foregoing reasons, Defendants respectfully request that the Court transfer this action to the U.S. District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a).

February 5, 2018                              Respectfully submitted,


*/s/ Britta Erin Stanton*
Britta Erin Stanton
Texas State Bar No. 24036976
LYNN PICKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
Phone: (214) 981-3828
Fax: (214) 981-3839
bstanton@lynnllp.com

Peter J. Willsey (admitted *pro hac vice*)
Shane M. Rumbaugh (admitted *pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004
Phone:  (202) 842-7800
Fax:  (202) 842-7899
pwillsey@cooley.com
srumbaugh@cooley.com

*Attorneys for Defendants Together We Rise
and Daniel Mendoza*

165124762

# EXHIBIT A

📞 1-800-872-7830

   



I'd Like **More Information**

[            ]  SEARCH

≡

- [Home](#)
- [Blog](#)
- [Team Building Activities](#)
- [Public Speaking Courses](#)
- [Leadership Course](#)
- [Resource Center](#)
- [Locations](#)
- [Clients](#)

# Our Leadership

## Leadership Team and Regional Instructor Managers

### Doug Staneart, President/CEO

214-766-2313, 1-800-872-7830 x100



Doug Staneart (Dallas) is the President and CEO of The Leader's Institute, LLC® and has been a speaker, trainer, and keynote speaker since 1994. He is author of the best-selling books Fearless Presentations, Cultivating Customers, 28 Ways to Influence People, and his newest book, Mastering Presentations. Doug revolutionized team building when he created a way to combine team development with philanthropic service with the Build-A-Bike® team building workshop. Under Doug's direction, The Leader's Institute® has become one of the largest, most popular, and fastest growing training companies in the world. His style and energy make him one of the most popular speakers in the world.

---

### Ellen Patnaude, Instructor

Ellen Patnaude (Detroit) has been training, motivating and coaching people to higher levels of success in a professional capacity since 1998. Her gift of insight allows her to often see what those with whom she is working are not able to see on their own – what is really getting in the way of their success. Ellen has a Bachelor of Arts degree with a double major in Biology and French. Her formal education is overshadowed by the education that she has received from life – living abroad in Paris, France; rural Nicaragua, where she became fluent in Spanish; and some of the US's depressed urban areas. Ellen's spark and charisma make her training sessions fun and memorable.

## Abigail Walsh, Instructor



Abigail Orru (Dallas) spent 20 years in corporate leadership and was a senior manager in the Baylor Hospital system before becoming a professional speaker. In each of her management roles, she built a reputation for being a turnaround specialist. At Baylor, Abbie took her department from an under 20% patient satisfaction score to over 97% within her first year. As a result, she was appointed to the Patient Satisfaction Improvement Team for the hospital and awarded the Rose Award for service and excellence. Abbie's energy and humor makes her an audience favorite. Her experience as a coach has allowed her to be a mentor to the next generation of leaders in many different industries.

## Bill Resh, Instructor



Bill Resh (Asheville, NC) started his career as a secondary school history teacher before taking over the family wholesale distribution business and building it up to a nice regional cornerstone in the industry. Bill retired and sold his business a decade ago and decided to return to his roots as an educator. His specialty is his ability to tailor and customize his programs and events for his customers by focusing on the details that make each client company unique. Bill started out teaching seminars for us, but has also become a favorite of customers leading the high-energy team building events as well. Bill has spoken to audiences from some of the largest companies in the world.

# Chris McNeany, Instructor

Chris McNeany (Los Angeles) has been teaching and coaching in the corporate world for over eight years. He graduated with a B.A. in English, and he started his career teaching English in Ecuador for several years. He also has a background in acting and improvisation through the Groundlings Theater in Los Angeles and has appeared in a number of commercials and movies. His enthusiasm and energy are contagious and his clients give him rave reviews. His diverse background allows him to connect quickly with his audience, and his humor always leaves the group wanting more.

# Fiona Dawson, Instructor

Fiona Dawson (New York/UK) has been teaching and facilitating events for over 15 years providing training and mentorship ranging from one-on-one private coaching to keynote speeches and up to four-day conferences with hundreds of participants. Fiona was born and raised in the United Kingdom and has lived in Bangladesh, Portugal, Texas and today resides in New York City. She holds a Bachelor's degree in Psychology, a Certificate in Teaching English as a Foreign Language, and has several continuing education credentials. In addition to teaching for The Leader's Institute®, Fiona is a television producer & host and frequently serves as a media spokesperson.

# Kelly Irons, Instructor

Kelly Irons (Charlotte) bring a passion for facilitation to every group she partners with. Her facilitation success is rooted in an ability to quickly connect with an audience and respond to the dynamics in the room while keeping the objective intact. Kelly started her career in operations management for non-profit mental health facilities in the Philadelphia area, where development of individuals was the core business. From there, a career in training and development emerged, leading her to leadership roles in both public and private organizations. Today, her roots in human development have remained a core to her business practice, and her guiding philosophy is that in order to impact a group, you have to impact the individuals that make up the group.

# Laura Lewis-Barr, Instructor



Laura Lewis-Barr (Chicago) is founder and president of Training for Breakthroughs and is a noted speaker and trainer. Before moving into corporate training Laura taught college drama and worked as a theater director. She is also an award-winning playwright and recently completed a full length film. Laura utilizes her background in theatre and psychology to create high energy presentations that your audience will love. She has been teaching and training adults for over 13 years. Laura is currently publishing her "Emotional Intelligence Card Deck–52 Reflections for managers and their teams".

---

ABOUT US / CONTACT US:

Contact Us | The Leader's Institute® History | Our Corporate Leadership and Management | Our Mission and Vision | The Leader's Institute® Values

Contact Us

**(800) 872-7830**

Quick Links

- Team Building Company
- Public Speaking Class
- Leadership Course

Home

- About Us
- Contact Us

Recent Posts

- Hill Rom Healthcare Philanthropic Meeting Benefiting Hospital Charity
- USAA Camaraderie Quest at the River Walk in San Antonio, Texas
- Lawsuit Filed Against Together We Rise Build-A-Bike

**Contact Information**

**Corporate Office:**
The Leader's Institute ®
5430 LBJ Freeway, Suite 1200

Dallas, TX 75240 Case 3:17-cv-02604-B   Document 26   Filed 02/05/18   Page 14 of 22   PageID 365
Phone: (214) 989-4131

## Our Locations

**Dallas - Corporate Office**, Western US, Central US, Midwest US and Central Canada, Northeast US, Southeast US, Atlanta, Baltimore, Boston, Charlotte, Chicago, Cincinnati, Columbus, Denver, Detroit, Houston, Las Vegas, Los Angeles, Miami,New York, Orlando, Philadelphia, Phoenix, Portland, San Antonio, San Diego, San Francisco, St Louis, Seattle, Tampa, Washington DC, List of All Locations,

## Site Links

Home | About Us | Blog | Public Speaking Training | Public Speaking Class | Team Building Actvities | Activities that Benefit a Charity | Build-A-Bike ® | Mini Golf for Charity | aMAZEing Builders | Rescue Bear ® | Murder Mystery | Treasure Hunt | Creating a Team Culture | Outdoor Activities | Corporate Retreats | Leadership Training | Keynote Speakers | Contact Us

Site Map | Privacy Policy | © 2016 The Leaders Institute - All Rights Reserved

# EXHIBIT B



# EXHIBIT C



# EXHIBIT D



# INTENTIONALLY LEFT BLANK

English ▾

INNOVATION | SUSTAINABILITY | PRODUCTS & SERVICES | COMPANY |

Search this site...

Company > Contact Information | Milliken



| MILLIKEN & COMPANY | MILLIKEN CHEMICAL | MILLIKEN FLOOR COVERING | MILLIKEN PERFORMANCE MATERIALS | PERFORMANCE SOLUTIONS BY MILLIKEN |

## Milliken & Company

### Corporate Headquarters
PO Box 1926
Spartanburg, SC 29304
Tel: 864-503-2020
Click to Contact Us

## Milliken Chemical

### North America
Spartanburg, SC USA
Tel: 800-910-5592
millichem@milliken.com

### Asia
Shanghai, China
Tel: 86-21 6145-5555
asiachem@milliken.com

### Europe
Gent, Belgium
Tel: 32-9-265-1100
eurochem@milliken.com

### Latin America
Sao Paulo, Brazil
Tel: 55-11-3043-7942
lachem@milliken.com